# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOWNSEL,<br><br>        Plaintiff,<br><br>   v.<br><br>MADERA COUNTY DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | Case No.  1:15-cv-00652 DLB PC<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>[ECF No. 2] |

   Plaintiff David Townsel filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 29, 2015.  Plaintiff seeks leave to proceed in forma pauperis.  Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, 28 U.S.C. § 1915(a)(1), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

   Dated:   **May 4, 2015**                             /s/ *Dennis L. Beck*
                                                          UNITED STATES MAGISTRATE JUDGE

1